UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NICHOLAS L. WOODS
Reg #71361-380                                                                                    PLAINTIFF

V.                            4:22-cv-00135-LPR-JTR

B. WILEY, Federal Officer,
FCC-Oakdale, LA (Low);
S. MA'TA, Warden,
FCC-Oakdale, LA (Low);
DEVILLE, S.I.A.,
FCC-Oakdale, LA (Low)                                                                         DEFENDANTS

## TRANSFER ORDER

Plaintiff Nicholas L. Woods ("Woods"), a prisoner in the Federal Correctional Complex medium security prison in Forrest City, Arkansas ("FCC-Forrest City Medium"), filed a *pro se Bivens* action alleging that Defendants violated his constitutional rights while he was incarcerated at the Federal Correctional Complex low security prison in Oakdale, Louisiana ("FCC-Oakdale Low). *Doc. 2*.

Pursuant to 28 U.S.C. § 1391(b), venue is proper in the judicial district where "a substantial part of the events or omissions giving rise to the claim occurred," or where "any defendant resides." Because the events giving rise to Woods's claims occurred at FCC-Oakdale Low, which is in the Western District of Louisiana, and all Defendants worked (and presumably resided in) the Western District of

Louisiana, the interests of justice will best be served by transferring this case to that federal court. 28 U.S.C. § 1406(a) (providing that the "district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought").

IT IS THEREFORE ORDERED THAT this case is IMMEDIATELY TRANSFERRED to the United States District Court for the Western District of Louisiana.

DATED this 1st day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE