UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**NICHOLAS L. WOODS**          :          **DOCKET NO. 2:22-cv-592**

**VERSUS**          :          **JUDGE JAMES D. CAIN, JR.**

**B. WILEY, ET AL**          :          **MAGISTRATE JUDGE KAY**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this *Bivens* action be **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in Chambers this 2nd day of June, 2022.

        _____
                 **JAMES D. CAIN, JR.**
          **UNITED STATES DISTRICT JUDGE**